IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:14CR146 |
| v. | : | JUDGE WALTER H. RICE |
| ALONZO CORNELIUS LEIGH | : | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| | : | |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Information filed October 10, 2014, against ALONZO CORNELIUS LEIGH in the above captioned matter, is hereby dismissed without prejudice.

SO ORDERED.

DATE: 12-16-14

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT